■ KELLY A. HAMILTON et al., Appellants, v GOLUB CORPORATION, Defendant and Third-Party Plaintiff-Respondent. HEXAM GARDENS CONSTRUCTION COMPANY, INC., Third-Party Defendant-Appellant. [727 NYS2d 668] —Appeal from an order of the Supreme Court (Caruso, J.), entered July 5, 2000 in Schenectady County, which granted defendant's motion for, *inter alia*, summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Vito C. Caruso.

Cardona, P. J., Spain, Carpinello, Mugglin and Rose, JJ., concur. Ordered that the order is affirmed, without costs.